## JOHN GIORDANELLA, ET AL.
### vs.
## VINCENZO GIORDANELLA, ET AL .

Superior Court          Fairfield County          File #55541

MEMORANDUM FILED OCTOBER 22, 1938.

Charles A. Donadeo, of Bridgeport, for the Plaintiffs.

Adrian W. Maher, of Bridgeport, for the Defendants.

QUINLAN, J. As appeared to me at the time of the oral presentation this statute should be closely followed and since

then I find that the case of *People's Holding Co. vs. Bray,* 118 Conn. 568, 173 Atl. 233, appears to completely dispose of the question involved. Accordingly, the appraisal having been made some time before the expiration of the time limited for redemption there has been a failure to comply with the statute and the appraisal is invalidated on that account.

The motion for deficiency judgment is denied.